(Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oglethorpe Mall L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Oglethorpe Mall** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 North Wacker Drive, Chicago, IL**<br>ZIP CODE **60606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Savannah, GA**    ZIP CODE **31406** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above
  entities, check this box and state type of
  entity below.)

_____

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under
  Title 26 of the United States Code (the
  Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign
  Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer
  debts, defined in 11 U.S.C. §
  101(8) as "incurred by an
  individual primarily for a personal,
  family, or household purpose."

☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only)
  Must attach signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed
  application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or
  affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of
  creditors, in accordance with 11 U.S.C. § 1126(B).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (Consolidated with affiliates)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☒ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

(Official Form 1) (1/08)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oglethorpe Mall L.L.C.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:    **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed:    **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Attached Schedule 1** | Case Number: **Pending** | Date Filed:<br>**April 16, 2009** |
| District: **Southern District of New York** | Relationship: **Affiliates** | Judge: **Pending** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>**NOT APPLICABLE**<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>**NOT APPLICABLE**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☒   No. |

| **Exhibit D**<br><br>**NOT APPLICABLE**<br><br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.)<br><br>☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |
|---|

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br><br>**NOT APPLICABLE**<br><br>☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |
|---|

(Official Form 1) (1/08)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oglethorpe Mall L.L.C.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

/s/ Marcia L. Goldstein     /s/ James H.M. Sprayregen
Signature of Attorney for Debtor(s)

Marcia L. Goldstein     James H.M. Sprayregen
Printed Name of Attorney for Debtor(s)

Weil, Gotshal & Manges LLP     Kirkland & Ellis LLP
Firm Name

767 Fifth Ave.     200 East Randolph Drive
New York, New York 10153     Chicago, Illinois 60601
Address

(212) 310-8000     (312) 861-2000
Telephone Number

4/16/09
Date
* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   Oglethorpe Mall L.L.C.

By: /s/ Linda J. Wight
     Linda J. Wight, Vice President

4/16/09
Date

## SCHEDULE 1

Commencing on April 16, 2009 and continuing thereafter, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| 10000 Covington Cross, LLC | 09-_____ ( ) | April 16, 2009 |
| 10000 West Charleston Boulevard LLC | 09-_____ ( ) | April 16, 2009 |
| 10190 Covington Cross, LLC | 09-_____ ( ) | April 16, 2009 |
| 1120/1140 Town Center Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1160/1180 Town Center Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1201-1281 Town Center Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1251 Center Crossing, LLC | 09-_____ ( ) | April 16, 2009 |
| 1450 Center Crossing Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1451 Center Crossing Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1551 Hillshire Drive, LLC | 09-_____ ( ) | April 16, 2009 |
| 1635 Village Centre Circle, LLC | 09-_____ ( ) | April 16, 2009 |
| 1645 Village Center Circle, LLC | 09-_____ ( ) | April 16, 2009 |
| 9901-9921 Covington Cross, LLC | 09-_____ ( ) | April 16, 2009 |
| 9950-9980 Covington Cross, LLC | 09-_____ ( ) | April 16, 2009 |
| Alameda Mall Associates | 09-_____ ( ) | April 16, 2009 |
| Alameda Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Apache Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Arizona Center Parking, LLC | 09-_____ ( ) | April 16, 2009 |
| Augusta Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Augusta Mall Anchor Acquisition, LLC | 09-_____ ( ) | April 16, 2009 |
| Augusta Mall Anchor Holding, LLC | 09-_____ ( ) | April 16, 2009 |
| Augusta Mall Holding, LLC | 09-_____ ( ) | April 16, 2009 |
| Austin Mall Limited Partnership | 09-_____ ( ) | April 16, 2009 |
| Austin Mall, LLC | 09-_____ ( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Bakersfield Mall, Inc. | 09-_____ ( ) | April 16, 2009 |
| Bakersfield Mall LLC | 09-_____ ( ) | April 16, 2009 |
| Baltimore Center Associates Limited Partnership | 09-_____ ( ) | April 16, 2009 |
| Baltimore Center Garage Limited Partnership | 09-_____ ( ) | April 16, 2009 |
| Baltimore Center, LLC | 09-_____ ( ) | April 16, 2009 |
| Bay City Mall Associates L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Bay Shore Mall II L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Bay Shore Mall, Inc. | 09-_____ ( ) | April 16, 2009 |
| Bay Shore Mall Partners | 09-_____ ( ) | April 16, 2009 |
| Beachwood Place Holding, LLC | 09-_____ ( ) | April 16, 2009 |
| Beachwood Place Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Bellis Fair Partners | 09-_____ ( ) | April 16, 2009 |
| Benson Park Business Trust | 09-_____ ( ) | April 16, 2009 |
| Birchwood Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Boise Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Boise Town Square Anchor Acquisition, LLC | 09-_____ ( ) | April 16, 2009 |
| Boise Towne Plaza L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Boulevard Associates | 09-_____ ( ) | April 16, 2009 |
| Boulevard Mall, Inc. | 09-_____ ( ) | April 16, 2009 |
| Boulevard Mall I LLC | 09-_____ ( ) | April 16, 2009 |
| Boulevard Mall II LLC | 09-_____ ( ) | April 16, 2009 |
| BTS Properties L.L.C. | 09-_____ ( ) | April 16, 2009 |
| The Burlington Town Center LLC | 09-_____ ( ) | April 16, 2009 |
| Cache Valley, LLC | 09-_____ ( ) | April 16, 2009 |
| Caledonian Holding Company, Inc. | 09-_____ ( ) | April 16, 2009 |
| Century Plaza, Inc. | 09-_____ ( ) | April 16, 2009 |
| Century Plaza L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Champaign Market Place L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Chapel Hills Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Chattanooga Mall, Inc. | 09-_____ ( ) | April 16, 2009 |
| Chico Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Chico Mall, L.P. | 09-_____( ) | April 16, 2009 |
| Chula Vista Center, LLC | 09-_____( ) | April 16, 2009 |
| Collin Creek Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |
| Collin Creek Mall, LLC | 09-_____( ) | April 16, 2009 |
| Colony Square Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Columbia Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Coronado Center L.L.C. | 09-_____( ) | April 16, 2009 |
| Coronado Center Holding L.L.C. | 09-_____( ) | April 16, 2009 |
| Cottonwood Mall, LLC | 09-_____( ) | April 16, 2009 |
| Country Hills Plaza, LLC | 09-_____( ) | April 16, 2009 |
| Deerbrook Mall, LLC | 09-_____( ) | April 16, 2009 |
| DK Burlington Town Center LLC | 09-_____( ) | April 16, 2009 |
| Eagle Ridge Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Eagle Ridge Mall, L.P. | 09-_____( ) | April 16, 2009 |
| Eastridge Shopping Center L.L.C. | 09-_____( ) | April 16, 2009 |
| Eden Prairie Anchor Building L.L.C. | 09-_____( ) | April 16, 2009 |
| Eden Prairie Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Eden Prairie Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Elk Grove Town Center L.L.C. | 09-_____( ) | April 16, 2009 |
| Elk Grove Town Center, L.P. | 09-_____( ) | April 16, 2009 |
| ER Land Acquisition L.L.C. | 09-_____( ) | April 16, 2009 |
| Fallbrook Square Partners Limited Partnership | 09-_____( ) | April 16, 2009 |
| Fallbrook Square Partners L.L.C. | 09-_____( ) | April 16, 2009 |
| Fallen Timbers Shops, LLC | 09-_____( ) | April 16, 2009 |
| Fallen Timbers Shops II, LLC | 09-_____( ) | April 16, 2009 |
| Faneuil Hall Marketplace, LLC | 09-_____( ) | April 16, 2009 |
| Fashion Place, LLC | 09-_____( ) | April 16, 2009 |
| Fashion Place Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |
| Fashion Show Mall LLC | 09-_____( ) | April 16, 2009 |
| Fifty Columbia Corporate Center, LLC | 09-_____( ) | April 16, 2009 |
| Forty Columbia Corporate Center, LLC | 09-_____( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Fox River Shopping Center, LLC | 09-_____ ( ) | April 16, 2009 |
| Franklin Park Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Franklin Park Mall Company, LLC | 09-_____ ( ) | April 16, 2009 |
| Gateway Crossing L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Gateway Overlook Business Trust | 09-_____ ( ) | April 16, 2009 |
| Gateway Overlook II Business Trust | 09-_____ ( ) | April 16, 2009 |
| General Growth Properties, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Acquisition, L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP Ala Moana L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP Ala Moana Holdings L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP American Holdings Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP American Properties Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP General II, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Holding, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Holding II, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Holding Services, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Ivanhoe II, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Ivanhoe IV Services, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP Jordan Creek L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP Kapiolani Development L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP Knollwood Mall, LP | 09-_____ ( ) | April 16, 2009 |
| GGP Limited Partnership | 09-_____ ( ) | April 16, 2009 |
| GGP Natick Residence LLC | 09-_____ ( ) | April 16, 2009 |
| GGP Savannah L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP Village at Jordan Creek L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP/Homart, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP/Homart Services, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Bay City One, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Brass Mill, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Burlington L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Canal Shoppes L.L.C. | 09-_____ ( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| GGP-Foothills L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Four Seasons L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Glenbrook L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Glenbrook Holding L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Grandville L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Grandville II L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Grandville Land L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-La Place, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Lakeview Square, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Lansing Mall, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGPLP L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Maine Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Maine Mall Holding L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Maine Mall Land L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Mall of Louisiana, L.P. | 09-_____ ( ) | April 16, 2009 |
| GGP-Mint Hill L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Moreno Valley, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Newgate Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| GGP-NewPark, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-NewPark L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-North Point, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-North Point Land L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Pecanland, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Pecanland, L.P. | 09-_____ ( ) | April 16, 2009 |
| GGP-Pecanland II, L.P. | 09-_____ ( ) | April 16, 2009 |
| GGP-Redlands Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Redlands Mall, L.P. | 09-_____ ( ) | April 16, 2009 |
| GGP-South Shore Partners, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Steeplegate, Inc. | 09-_____ ( ) | April 16, 2009 |
| GGP-Tucson Land L.L.C. | 09-_____ ( ) | April 16, 2009 |
| GGP-Tucson Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| GGP-UC L.L.C. | 09-_____( ) | April 16, 2009 |
| Grand Canal Shops II, LLC | 09-_____( ) | April 16, 2009 |
| Grandville Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Grandville Mall II, Inc. | 09-_____( ) | April 16, 2009 |
| Greengate Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Greenwood Mall Land, LLC | 09-_____( ) | April 16, 2009 |
| Harbor Place Associates Limited Partnership | 09-_____( ) | April 16, 2009 |
| Harborplace Borrower, LLC | 09-_____( ) | April 16, 2009 |
| HHP Government Services, Limited Partnership | 09-_____( ) | April 16, 2009 |
| Hickory Ridge Village Center, Inc. | 09-_____( ) | April 16, 2009 |
| HMF Properties, LLC | 09-_____( ) | April 16, 2009 |
| Ho Retail Properties I Limited Partnership | 09-_____( ) | April 16, 2009 |
| Ho Retail Properties II Limited Partnership | 09-_____( ) | April 16, 2009 |
| Hocker Oxmoor, LLC | 09-_____( ) | April 16, 2009 |
| Hocker Oxmoor Partners, LLC | 09-_____( ) | April 16, 2009 |
| Howard Hughes Canyon Pointe Q4, LLC | 09-_____( ) | April 16, 2009 |
| The Howard Hughes Corporation | 09-_____( ) | April 16, 2009 |
| Howard Hughes Properties, Inc. | 09-_____( ) | April 16, 2009 |
| Howard Hughes Properties, Limited Partnership | 09-_____( ) | April 16, 2009 |
| Howard Hughes Properties IV, LLC | 09-_____( ) | April 16, 2009 |
| Howard Hughes Properties V, LLC | 09-_____( ) | April 16, 2009 |
| HRD Parking, Inc. | 09-_____( ) | April 16, 2009 |
| HRD Remainder, Inc. | 09-_____( ) | April 16, 2009 |
| Hulen Mall, LLC | 09-_____( ) | April 16, 2009 |
| The Hughes Corporation | 09-_____( ) | April 16, 2009 |
| Kapiolani Condominium Development, LLC | 09-_____( ) | April 16, 2009 |
| Kapiolani Retail, LLC | 09-_____( ) | April 16, 2009 |
| Knollwood Mall, Inc. | 09-_____( ) | April 16, 2009 |
| La Place Shopping, L.P. | 09-_____( ) | April 16, 2009 |
| Lakeside Mall Holding, LLC | 09-_____( ) | April 16, 2009 |
| Lakeside Mall Property, LLC | 09-_____( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Lakeview Square Limited Partnership | 09-_____ (  ) | April 16, 2009 |
| Land Trust No. 89433 | 09-_____ (  ) | April 16, 2009 |
| Land Trust No. 89434 | 09-_____ (  ) | April 16, 2009 |
| Land Trust No. FHB-TRES 200601 | 09-_____ (  ) | April 16, 2009 |
| Land Trust No. FHB-TRES 200602 | 09-_____ (  ) | April 16, 2009 |
| Landmark Mall L.L.C. | 09-_____ (  ) | April 16, 2009 |
| Lansing Mall Limited Partnership | 09-_____ (  ) | April 16, 2009 |
| Lincolnshire Commons, LLC | 09-_____ (  ) | April 16, 2009 |
| Lockport L.L.C. | 09-_____ (  ) | April 16, 2009 |
| Lynnhaven Holding L.L.C. | 09-_____ (  ) | April 16, 2009 |
| Lynnhaven Mall L.L.C. | 09-_____ (  ) | April 16, 2009 |
| Majestic Partners-Provo, LLC | 09-_____ (  ) | April 16, 2009 |
| Mall of Louisiana Holding, Inc. | 09-_____ (  ) | April 16, 2009 |
| Mall of Louisiana Land, LP | 09-_____ (  ) | April 16, 2009 |
| Mall of Louisiana Land Holding, LLC | 09-_____ (  ) | April 16, 2009 |
| Mall of the Bluffs, LLC | 09-_____ (  ) | April 16, 2009 |
| Mall St. Matthews Company, LLC | 09-_____ (  ) | April 16, 2009 |
| Mall St. Vincent, Inc. | 09-_____ (  ) | April 16, 2009 |
| Mall St. Vincent, L.P. | 09-_____ (  ) | April 16, 2009 |
| Mayfair Mall, LLC | 09-_____ (  ) | April 16, 2009 |
| MSAB Holdings, Inc. | 09-_____ (  ) | April 16, 2009 |
| MSAB Holdings L.L.C. | 09-_____ (  ) | April 16, 2009 |
| MSM Property L.L.C. | 09-_____ (  ) | April 16, 2009 |
| Natick Retail, LLC | 09-_____ (  ) | April 16, 2009 |
| New Orleans Riverwalk Associates | 09-_____ (  ) | April 16, 2009 |
| New Orleans Riverwalk Limited Partnership | 09-_____ (  ) | April 16, 2009 |
| Newgate Mall Land Acquisition, LLC | 09-_____ (  ) | April 16, 2009 |
| Newpark Anchor Acquisition, LLC | 09-_____ (  ) | April 16, 2009 |
| NewPark Mall L.L.C. | 09-_____ (  ) | April 16, 2009 |
| North Plains Mall, LLC | 09-_____ (  ) | April 16, 2009 |
| North Star Anchor Acquisition, LLC | 09-_____ (  ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| North Star Mall, LLC | 09-_____( ) | April 16, 2009 |
| North Town Mall, LLC | 09-_____( ) | April 16, 2009 |
| Northgate Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| NSMJV, LLC | 09-_____( ) | April 16, 2009 |
| Oakwood Hills Mall, LLC | 09-_____( ) | April 16, 2009 |
| Oakwood Shopping Center Limited Partnership | 09-_____( ) | April 16, 2009 |
| Oglethorpe Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Oklahoma Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| OM Borrower, LLC | 09-_____( ) | April 16, 2009 |
| One Willow Company, LLC | 09-_____( ) | April 16, 2009 |
| Orem Plaza Center Street, LLC | 09-_____( ) | April 16, 2009 |
| Owings Mills Limited Partnership | 09-_____( ) | April 16, 2009 |
| Park Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Park Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Park Square Limited Partnership | 09-_____( ) | April 16, 2009 |
| Parke West, LLC | 09-_____( ) | April 16, 2009 |
| Parkside Limited Partnership | 09-_____( ) | April 16, 2009 |
| Parkview Office Building Limited Partnership | 09-_____( ) | April 16, 2009 |
| PDC Community Centers L.L.C. | 09-_____( ) | April 16, 2009 |
| PDC-Eastridge Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| PDC-Red Cliffs Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Peachtree Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Pecanland Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |
| Phase II Mall Subsidiary, LLC | 09-_____( ) | April 16, 2009 |
| Piedmont Mall, L.L.C. | 09-_____( ) | April 16, 2009 |
| Pierre Bossier Mall, LLC | 09-_____( ) | April 16, 2009 |
| Pine Ridge Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Pines Mall Partners | 09-_____( ) | April 16, 2009 |
| Pioneer Office Limited Partnership | 09-_____( ) | April 16, 2009 |
| Pioneer Place Limited Partnership | 09-_____( ) | April 16, 2009 |
| Price Development Company, Limited Partnership | 09-_____( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Price Development TRS, Inc. | 09-_____ ( ) | April 16, 2009 |
| Price Financing Partnership, L.P. | 09-_____ ( ) | April 16, 2009 |
| Price GP L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Price-ASG L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Prince Kuhio Plaza, Inc. | 09-_____ ( ) | April 16, 2009 |
| Providence Place Holdings, LLC | 09-_____ ( ) | April 16, 2009 |
| RASCAP Realty, Ltd. | 09-_____ ( ) | April 16, 2009 |
| Redlands Land Acquisition Company L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Redlands Land Acquisition Company LP | 09-_____ ( ) | April 16, 2009 |
| Redlands Land Holding L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Ridgedale Center, LLC | 09-_____ ( ) | April 16, 2009 |
| Rio West L.L.C. | 09-_____ ( ) | April 16, 2009 |
| River Falls Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| River Hills Land, LLC | 09-_____ ( ) | April 16, 2009 |
| River Hills Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Rogue Valley Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Rogue Valley Mall Holding L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Rouse LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company LP | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company at Owings Mills, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company BT, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company of Florida, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company of Louisiana, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company of Michigan, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company of Minnesota, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company of Ohio, LLC | 09-_____ ( ) | April 16, 2009 |
| The Rouse Company Operating Partnership LP | 09-_____ ( ) | April 16, 2009 |
| Rouse F.S., LLC | 09-_____ ( ) | April 16, 2009 |
| Rouse Office Management of Arizona, LLC | 09-_____ ( ) | April 16, 2009 |
| Rouse Providence LLC | 09-_____ ( ) | April 16, 2009 |
| Rouse Ridgedale, LLC | 09-_____ ( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Rouse Ridgedale Holding, LLC | 09-_____( ) | April 16, 2009 |
| Rouse SI Shopping Center, LLC | 09-_____( ) | April 16, 2009 |
| Rouse Southland, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Arizona Center, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Arizona Retail Center Limited Partnership | 09-_____( ) | April 16, 2009 |
| Rouse-Fairwood Development Corporation | 09-_____( ) | April 16, 2009 |
| Rouse-New Orleans, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Oakwood Shopping Center, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Orlando, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Phoenix Cinema, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Phoenix Corporate Center Limited Partnership | 09-_____( ) | April 16, 2009 |
| Rouse-Phoenix Development Company, LLC | 09-_____( ) | April 16, 2009 |
| Rouse-Phoenix Master Limited Partnership | 09-_____( ) | April 16, 2009 |
| Rouse-Phoenix Theatre Limited Partnership | 09-_____( ) | April 16, 2009 |
| Rouse-Portland, LLC | 09-_____( ) | April 16, 2009 |
| RS Properties Inc. | 09-_____( ) | April 16, 2009 |
| Saint Louis Galleria L.L.C. | 09-_____( ) | April 16, 2009 |
| Saint Louis Galleria Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |
| Saint Louis Galleria Holding L.L.C. | 09-_____( ) | April 16, 2009 |
| Saint Louis Land L.L.C. | 09-_____( ) | April 16, 2009 |
| Seaport Marketplace, LLC | 09-_____( ) | April 16, 2009 |
| Seaport Marketplace Theatre, LLC | 09-_____( ) | April 16, 2009 |
| Sierra Vista Mall, LLC | 09-_____( ) | April 16, 2009 |
| Sikes Senter, LLC | 09-_____( ) | April 16, 2009 |
| Silver Lake Mall, LLC | 09-_____( ) | April 16, 2009 |
| Sixty Columbia Corporate Center, LLC | 09-_____( ) | April 16, 2009 |
| Sooner Fashion Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| South Shore Partners, L.P. | 09-_____( ) | April 16, 2009 |
| South Street Seaport Limited Partnership | 09-_____( ) | April 16, 2009 |
| Southlake Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Southland Center, LLC | 09-_____( ) | April 16, 2009 |

10

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Southland Center Holding, LLC | 09-_____( ) | April 16, 2009 |
| Southland Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Southland Mall, L.P. | 09-_____( ) | April 16, 2009 |
| Southwest Denver Land L.L.C. | 09-_____( ) | April 16, 2009 |
| Southwest Plaza L.L.C. | 09-_____( ) | April 16, 2009 |
| Spring Hill Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| St. Cloud Land L.L.C. | 09-_____( ) | April 16, 2009 |
| St. Cloud Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| St. Cloud Mall Holding L.L.C. | 09-_____( ) | April 16, 2009 |
| Stonestown Shopping Center L.L.C. | 09-_____( ) | April 16, 2009 |
| Stonestown Shopping Center, L.P. | 09-_____( ) | April 16, 2009 |
| Summerlin Centre, LLC | 09-_____( ) | April 16, 2009 |
| Summerlin Corporation | 09-_____( ) | April 16, 2009 |
| Three Rivers Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Three Willow Company, LLC | 09-_____( ) | April 16, 2009 |
| Town East Mall, LLC | 09-_____( ) | April 16, 2009 |
| Tracy Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Tracy Mall Partners, L.P. | 09-_____( ) | April 16, 2009 |
| Tracy Mall Partners I L.L.C. | 09-_____( ) | April 16, 2009 |
| Tracy Mall Partners II, L.P. | 09-_____( ) | April 16, 2009 |
| TRC Co-Issuer, Inc. | 09-_____( ) | April 16, 2009 |
| TRC Willow, LLC | 09-_____( ) | April 16, 2009 |
| Tucson Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |
| TV Investment, LLC | 09-_____( ) | April 16, 2009 |
| Two Arizona Center, LLC | 09-_____( ) | April 16, 2009 |
| Two Willow Company, LLC | 09-_____( ) | April 16, 2009 |
| Tysons Galleria L.L.C. | 09-_____( ) | April 16, 2009 |
| U.K.-American Properties, Inc. | 09-_____( ) | April 16, 2009 |
| Valley Hills Mall, Inc. | 09-_____( ) | April 16, 2009 |
| Valley Hills Mall L.L.C. | 09-_____( ) | April 16, 2009 |
| Valley Plaza Anchor Acquisition, LLC | 09-_____( ) | April 16, 2009 |

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| VCK Business Trust | 09-_____ ( ) | April 16, 2009 |
| Victoria Ward Center L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Victoria Ward Entertainment Center, L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Victoria Ward, Limited | 09-_____ ( ) | April 16, 2009 |
| Victoria Ward Services, Inc. | 09-_____ ( ) | April 16, 2009 |
| The Village of Cross Keys, LLC | 09-_____ ( ) | April 16, 2009 |
| Visalia Mall L.L.C. | 09-_____ ( ) | April 16, 2009 |
| Visalia Mall, L.P. | 09-_____ ( ) | April 16, 2009 |
| Vista Commons, LLC | 09-_____ ( ) | April 16, 2009 |
| Vista Ridge Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| VW Condominium Development, LLC | 09-_____ ( ) | April 16, 2009 |
| Ward Gateway-Industrial-Village, LLC | 09-_____ ( ) | April 16, 2009 |
| Ward Plaza-Warehouse, LLC | 09-_____ ( ) | April 16, 2009 |
| Weeping Willow RNA, LLC | 09-_____ ( ) | April 16, 2009 |
| West Kendall Holdings, LLC | 09-_____ ( ) | April 16, 2009 |
| Westwood Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| White Marsh General Partnership | 09-_____ ( ) | April 16, 2009 |
| White Marsh Mall Associates | 09-_____ ( ) | April 16, 2009 |
| White Marsh Mall LLC | 09-_____ ( ) | April 16, 2009 |
| White Marsh Phase II Associates | 09-_____ ( ) | April 16, 2009 |
| White Mountain Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Willow SPE, LLC | 09-_____ ( ) | April 16, 2009 |
| Willowbrook II, LLC | 09-_____ ( ) | April 16, 2009 |
| Willowbrook Mall, LLC | 09-_____ ( ) | April 16, 2009 |
| Woodbridge Center Property, LLC | 09-_____ ( ) | April 16, 2009 |
| The Woodlands Mall Associates, LLC | 09-_____ ( ) | April 16, 2009 |

**Oglethorpe Mall L.L.C.**

<u>Certificate</u>

The undersigned, being authorized to execute and deliver this certificate in the name and on behalf of Oglethorpe Mall L.L.C., a Delaware Limited Liability Company (the "<u>Company</u>"), does hereby certify as follows:

Attached hereto is a true, correct and complete copy of those certain resolutions of the Company that were adopted on April 15, 2009, which are in full force and effect as of the date hereof

IN WITNESS WHEREOF, the undersigned, has executed and caused this Certificate to be delivered as of the 16th day of April, 2009.

Oglethorpe Mall L.L.C.

By:  Linda J. Wight, Assistant Secretary

## RESOLUTIONS ADOPTED AT A MEETING OF THE
## MANAGERS

**WHEREAS**, the Managers have determined that it is desirable that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the officers and authorized representatives listed on Exhibit A hereto and any other person designated and so authorized to act (each, an "Authorized Officer") of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute and verify the petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as the Authorized Officer executing the petitions shall determine;

**BE IT FURTHER RESOLVED**, that the firm of AlixPartners, LLP be, and hereby is, employed to provide financial advisory services for the Company, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that the firm of Miller Buckfire & Co., LLC, be, and hereby is, employed to provide investment banking services for the Company, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, be, and hereby is, employed as attorneys for the Company under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that the law firm of Kirkland & Ellis LLP, be, and hereby is, employed as attorneys for the Company under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**BE IT FURTHER RESOLVED**, that in connection with the commencement of the Company's chapter 11 case, any Authorized Officer be, and hereby is, authorized and empowered to negotiate the use of cash collateral and, upon approval of the Bankruptcy Court, to cause the Company to provide its guaranty and to pledge, mortgage and grant a lien and security interest in its assets for a debtor-in-possession loan facility approved by the board of directors of General Growth Properties, Inc. ("GGPI"), and GGPI as the

general partner of GGP Limited Partnership ("GGPLP") (GGPI and GGPLP being co-borrowers under the debtor-in-possession loan facility; herein, the "DIP Facility") (including, in connection therewith, such mortgages, deeds of trust, security agreements, pledge agreements, and other documents, agreements or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the DIP Facility, each, an "Additional Document"), to the extent applicable, on such terms and conditions as approved by the Bankruptcy Court, and to take such additional action and to execute and deliver each other Additional Document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

**BE IT FURTHER RESOLVED**, that the DIP Facility and any guaranty, mortgage and/or pledge associated with the DIP Facility is reasonably expected to be of direct or indirect benefit to the Company;

**BE IT FURTHER RESOLVED**, that any Authorized Officer and such other employees of the Company as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to cause the Company to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business;

**BE IT FURTHER RESOLVED**, that each Authorized Officer, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or

as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby;

**BE IT FURTHER RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Company to execute such consents of the Company as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer, Member or Manager of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**EXHIBIT A**

AUTHORIZED OFFICERS

| | |
|---|---|
| Adam S. Metz | Chief Executive Officer |
| Thomas H. Nolan, Jr. | President |
| Ronald L. Gern | Senior Vice President and Secretary |
| Linda J. Wight | Vice President and Assistant Secretary |
| David R. Charles | Authorized Representative |
| Andrew T. Kadolph | Authorized Representative |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                           :
In re                                      :        Chapter 11 Case No.
                                           :
OGLETHORPE MALL L.L.C.,                    :        09 - _____ (   )
                                           :
            Debtors.                       :        (Joint Administration Requested)
------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 100 LARGEST UNSECURED CLAIMS[1]

Attached is a consolidated list of creditors holding the 100 largest unsecured claims against the above-captioned debtor and its affiliated debtors (the "**Debtors**"). This list has been prepared from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of April 7, 2009. The list is prepared in accordance with FED. R. BANKR. P. 1007(d) for filing in the Debtors' chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 100 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

---

[1]    The Senior Term and Revolver facilities included on this list are part of the 2006 Credit Facility which is secured by equity pledges in General Growth Properties, Inc., GGP Limited Partnership, Rouse LLC, GGP American Properties, Inc., and Caledonian Holding Company, Inc., but is otherwise unsecured. In addition, certain creditors included on this list may have state law or other rights to assert a lien or security interest.

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 1 | EUROHYPO AG, NEW YORK BRANCH | 1114 AVENUE OF THE AMERICAS; 29TH FLOOR NEW YORK, NY 10036 ATTN: RYAN HUDDLESTUN PHONE: (312) 660-1950 FAX: (866) 393-2270 EMAIL: RYAN.HUDDLESTUN@EHY-US.COM ATTN: STEPHEN COX PHONE: (212) 479-5861 FAX: (866) 874-5034 EMAIL: SCOX@EHU.S.COM | | 2006 FACILITY - SENIOR TERM | $   1,987,500,000 |
| 2 | WILMINGTON TRUST, FSB | RODNEY SQ. NORTH, 1100 N. MARKET ST. WILMINGTON, DE 19890 ATTN: TED CECALA PHONE: (302) 651-1000 FAX: (302) 651-8937 | | GGPLP NOTES 3.98% DUE 4/15/2012 | $   1,550,000,000 |
| 3 | WILMINGTON TRUST, FSB | RODNEY SQ. NORTH, 1100 N. MARKET ST. WILMINGTON, DE 19890 ATTN: TED CECALA PHONE: (302) 651-1000 FAX: (302) 651-8937 | | ROUSE BONDS 6.75% DUE 5/1/2013 | $      798,454,857 |
| 4 | EUROHYPO AG, NEW YORK BRANCH; | 1114 AVENUE OF THE AMERICAS; 29TH FLOOR NEW YORK, NY 10036 ATTN: RYAN HUDDLESTUN PHONE: (312) 660-1950 FAX: (866) 393-2270 EMAIL: RYAN.HUDDLESTUN@EHY-US.COM ATTN: STEPHEN COX PHONE: (212) 479-5861 FAX: (866) 874-5034 EMAIL: SCOX@EHU.S.COM | | 2006 FACILITY - REVOLVER | $      601,515,545 |
| 5 | THE BANK OF NEW YORK MELLON CORPORATION (AS SUCCESSOR TRUSTEE TO J.P.MORGAN TRUST COMPANY) | CORPORATE TRUST DIVISION 2 NORTH LASALLE STREET; SUITE 1020 CHICAGO, IL 60602 COMPLIANCE & RELATIONSHIP MANAGER: ATTN: SHARON K. MCGRATH PHONE: 402-496-1960 FAX: (402) 496-2014 EMAIL: SHARON.MCGRATH@BNYMELLON.COM | | ROUSE BONDS 5.375% DUE 11/26/2013 | $      450,000,000 |
| 6 | THE BANK OF NEW YORK MELLON CORPORATION (AS SUCCESSOR TRUSTEE TO J.P.MORGAN TRUST COMPANY) | CORPORATE TRUST DIVISION 2 NORTH LASALLE STREET; SUITE 1020 CHICAGO, IL 60602 COMPLIANCE & RELATIONSHIP MANAGER: ATTN: SHARON K. MCGRATH PHONE: 402-496-1960 FAX: (402) 496-2014 EMAIL: SHARON.MCGRATH@BNYMELLON.COM | | ROUSE BONDS 7.20% DUE 9/15/2012 | $      400,000,000 |
| 7 | THE BANK OF NEW YORK MELLON CORPORATION (AS SUCCESSOR TRUSTEE TO J.P.MORGAN TRUST COMPANY) | CORPORATE TRUST DIVISION 2 NORTH LASALLE STREET; SUITE 1020 CHICAGO, IL 60602 COMPLIANCE & RELATIONSHIP MANAGER: ATTN: SHARON K. MCGRATH PHONE: 402-496-1960 FAX: (402) 496-2014 EMAIL: SHARON.MCGRATH@BNYMELLON.COM | | ROUSE BONDS 3.625% DUE 3/15/2009 | $      395,000,000 |
| 8 | LASALLE BANK NATIONAL ASSOCIATION

WILMINGTON TRUST, FSB | 135 SOUTH LASALLE STREET, SUITE 1560 CHICAGO, ILLINOIS 60603 ATTENTION: CORPORATE DEBT TRUST SERVICES DIVISION, GGP LIMITED PARTNERSHIP ATTN: MARGARET MUIR PHONE: (312) 904-2226 FAX: (312) 904-4018

RODNEY SQ. NORTH, 1100 N. MARKET ST. WILMINGTON, DE 19890 ATTN: TED CECALA PHONE: (302) 651-1000 FAX: (302) 651-8937 | | TRUPS DUE 2036 | $      206,200,000 |
| 9 | THE BANK OF NEW YORK MELLON CORPORATION (AS SUCCESSOR TRUSTEE TO J.P.MORGAN TRUST COMPANY) | CORPORATE TRUST DIVISION 2 NORTH LASALLE STREET; SUITE 1020 CHICAGO, IL 60602 COMPLIANCE & RELATIONSHIP MANAGER: ATTN: SHARON K. MCGRATH PHONE: 402-496-1960 FAX: (402) 496-2014 EMAIL: SHARON.MCGRATH@BNYMELLON.COM | | ROUSE BONDS 8.00% DUE 4/30/2009 | $      200,000,000 |

1

### Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | | Amount of Claim |
|---|---|---|---|---|---|---|
| 10 | PEPCO ENERGY SERVICES, INC | 1300 N. 17TH ST., STE. 1600<br>ARLINGTON, VA 22209<br>ATTN: JOHN HUFFMAN<br>PHONE: 703-253-1800<br>FAX: 703-253-1698 | | TRADE | $ | 1,793,834 |
| 11 | SEPHORA | 525 MARKET STREET 11TH FLOOR<br>SAN FRANCISCO, CA 94105<br>ATTN: CELIA WING<br>PHONE: (415) 284-3369<br>FAX: (415) 284-3725<br>EMAIL: CELIA.WING@SEPHORA.COM | | Trade | $ | 1,536,080 |
| 12 | BORDERS BOOKS & MUSIC | 100 PHOENIX DRIVE<br>ANN ARBOR, MI 48108<br>ATTN: VINCE VIZZA<br>PHONE: (734) 477-1754<br>FAX: (734) 477-1808<br>EMAIL: VVIZZA@BORDERSGROUPINC.COM | | Trade | $ | 1,414,855 |
| 13 | AURORA HEALTH CARE | 3031 W. MONTANA ST.<br>P.O. BOX 343910<br>MILWAUKEE, WI 53234-3910<br>ATTN: G EDWIN HOWE<br>PHONE: (414) 647-3000<br>FAX: (414) 647-3494 | | Trade | $ | 1,342,730 |
| 14 | MICROSOFT LICENSING, GP | 6100 NEIL RD STE 100<br>RENO, NV 89511-1137<br>ATTN: TOM BAUMBACH<br>PHONE: (425)-882-8080<br>FAX: (425) 708-2300 | | Trade | $ | 1,189,886 |
| 15 | MANDALAY BAY RESORT & CASINO | 3950 SOUTH LAS VEGAS BLVD.<br>LAS VEGAS, NV 89119<br>ATTN: GLENN W SCHAEFFER<br>PHONE: 702-632-7777<br>FAX: 702-632-7234 | | Trade | $ | 1,122,208 |
| 16 | LERNER NEW YORK, INC | 450 WEST 33RD STREET, 5TH FLOOR<br>NEW YORK, NY 10001<br>ATTN: JOHN DEWOLF<br>PHONE: (212) 884-2113<br>FAX: (212) 884-2105<br>EMAIL: JDEWOLF@NYANDCOMPANY.COM<br><br>ATTN: RICHARD CRYSTAL<br>PHONE: (212) 884-2010<br>FAX: (212) 884-2399<br>EMAIL: RCRYSTAL@NYANDCOMPANY.COM | | Trade | $ | 999,816 |
| 17 | SB ARCHITECTS | 1 BEACH STREET, SUITE 301<br>SAN FRANCISCO, CA 94133<br>ATTN: JOHN ELLER, PRESIDENT<br>PHONE: (415) 673-8990<br>FAX: (415) 274-2003<br>EMAIL: JELLER@SB-ARCHITECTS.COM | | Trade | $ | 650,918 |
| 18 | GUESS? INC. | 1444 S. ALAMEDA STREET<br>LOS ANGELES, CA 90021<br>ATTN: PAUL MARCIANO, CEO<br>PHONE: 213-765-3100<br>FAX: 213-744-7838 | | Trade | $ | 581,460 |
| 19 | KRAMER LEVIN NAFTALIS & FRANKEL, LLP | 1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>ATTN: MARGO USDAN, CFO<br>PHONE: 212-715-9100<br>FAX: 212-715-8000 | | Trade | $ | 559,626 |
| 20 | VENETIAN CASINO & RESORT, LLC | 3355 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89109<br>ATTN: SHELDON ADELSON, PRESIDENT<br>PHONE: 702-414-1000<br>FAX:  702-414-1100 | | Trade | $ | 531,444 |
| 21 | MACY'S | 7 WEST SEVENTH STREET<br>WEST CINCINNATI, OH 45202<br>ATTN: GARY NAY<br>PHONE: (513) 579-7676<br>FAX: (513) 608-2217 | | Trade | $ | 491,871 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 22 | IPC INTERNATIONAL CORPORATION | 2111 WAUKEGAN ROAD<br>BANNOCKBURN, IL 60015<br>ATTN: HOWARD KAPLAN, CEO<br>PHONE: 847-444-2045<br>FAX: 847-444-2001<br>EMAIL: HKAPLAN@IPCINTERNATIONAL.COM<br><br>ATTN: CHRIS ENRICI<br>PHONE: 847.444.2000<br>FAX: 847-444-2001<br>EMAIL: CENRICI@IPCINTERNATIONAL.COM | | Trade | $        491,575 |
| 23 | WOOD RODGERS INC | 3301 C STREET, BLDG 100-B<br>SACRAMENTO, CA 95816<br>ATTN: MATTHEW SPOKLEY - PRINCIPAL<br>PHONE: (916) 341-7760<br>FAX: (916) 341-7767<br>EMAIL: MSPOKLEY@WOODRODGERS.COM | | Trade | $        491,428 |
| 24 | ALLIED BARTON SECURITY SERVICES | 3606 HORIZON DRIVE<br>KING OF PRUSSIA, PA 19406-4701<br>ATTN: WILLIAM C. WHITMORE, JR., CEO<br>PHONE: 484-351-1330<br>FAX: 610-941-3522<br>EMAIL: BILL.WHITMORE@ALLIEDBARTON.COM<br><br>ATTN: GREG WILLIAMS<br>PHONE: 281-363-3363 EXT. 1090<br>FAX: 713-939-7299<br>EMAIL: GREGORY.WILLIA | | Trade | $        469,542 |
| 25 | ABM JANITORIAL SVCS NEAST, INC. | 321 W. 44TH ST., STE. 701<br>NEW YORK, NY 10036<br>ATTN: JAMES MCCLUR<br>PHONE: 212-408-6200<br>FAX: 212-408-6298<br><br>ATTN: TONY PIUCCI, VICE PRESIDENT, SALES AND MARKETING<br>PHONE: 630-663-4471<br>FAX: 866-422-0791<br>EMAIL: TPIUCCI@ABM.COM | | Trade | $        444,401 |
| 26 | CARTER & BURGESS, INC. | 777 MAIN ST..<br>FT. WORTH, TX 76102-5304<br>ATTN: FRANK MASTEL<br>PHONE: 571-218-1229<br>FAX: 571-218-1600<br>EMAIL: FRANK.MASTEL@JACOBS.COM | | Trade | $        399,480 |
| 27 | SHARPLES HOLDEN PASQUARELLI | 11 PARK PLACE, PENTHOUSE<br>NEW YORK, NY 10007<br>ATTN: GREG PASQUARELLI<br>PHONE: (212) 889-9005<br>FAX: (212) 889-3686<br>EMAIL: GAP@SHOPARC.COM | | Trade | $        394,519 |
| 28 | VALOR SECURITY SERVICES | C/O SMS HOLDINGS CORP.<br>7135 CHARLOTTE PIKE, STE. 100<br>NASHVILLE, TN 37209<br>ATTN: DAN RAKESTRAW<br>PHONE: 770-218-6000<br>FAX: 770-218-6006<br>EMAIL: DANRAKESTRAW@VALORSECURITY.COM | | Trade | $        372,219 |
| 29 | GRUBB & ELLIS COMPANY | 1551 N. TUSTIN AVE., STE. 300<br>SANTA ANA, CA 92705<br>ATTN: RICHARD NEEDHAM<br>PHONE: 714-667-8252.<br>FAX: 877-888-7348 | | Trade | $        362,527 |
| 30 | WOLFF OLINS LLC | 200 VARICK STREET, 10TH FLOOR<br>NEW YORK, NY 10014<br>ATTN: JORDAN CRANE, CEO<br>PHONE: (212) 505-7337<br>FAX: (212) 505-8791 | | Trade | $        345,000 |
| 31 | STAK DESIGN, INC. | 1540 LUNA ROAD<br>CARROLLTON, TX 75006<br>ATTN: STANLEY ZALENSKI<br>PHONE: (972) 323-0100<br>FAX: (972) 323-0126 | | Trade | $        317,719 |
| 32 | NORTH TEXAS CONTRACTING, INC | 4999 KELLER HASLET ROAD<br>KELLER, TX 76248<br>ATTN: ZACH FUSILIER, VICE PRESIDENT<br>PHONE: 817-430-9500<br>FAX: 817-430-9207<br>EMAIL: ZFUSILIER@NTEXCON.COM | | Trade | $        309,400 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 33 | SBARRO | 401 BROADHALLOW ROAD<br>MELVILLE, NY 11747<br>ATTN: ANTHONY MISSANO<br>PHONE: (631) 715-4124<br>FAX: (631) 715-4197 | | Trade | $ 300,723 |
| 34 | VENETA BOTTEGA INC. | 699 FIFTH AVENUE<br>NEW YORK, NY 10022<br>ATTN: JONATHAN MOSS<br>PHONE: (212)-371-5511<br>FAX: (212)-371-4361 | | Trade | $ 294,400 |
| 35 | WALKING COMPANY, THE | 2475 TOWNSGATE ROAD, SUITE 200<br>WESTLAKE VILLAGE, CA 91361<br>ATTN: ANDREW FESHBACH, CEO<br>PHONE: 805-963-8727<br>FAX: 805-962-9460 | | Trade | $ 282,550 |
| 36 | J. JILL PETITE | ONE TALBOTS DRIVE C/O THE TALBOTS, INC<br>HINGHAM, MA 2043<br>ATTN: DICK O'CONNELL<br>PHONE: 914-934-8877<br>FAX: 781-741-4369 | | Trade | $ 263,360 |
| 37 | MILLARD MALL SERVICES, INC. | 35075 EAGLE WAY<br>CHICAGO, IL 60678<br>ATTN: LARRY KUGLER<br>PHONE: 847-763-0240<br>FAX: 847-677-0790<br>EMAIL: LARRYKUGLER@MILLARDGROUP.COM | | Trade | $ 262,643 |
| 38 | AKRF INC | 440 PARK AVE SOUTH 7TH FLR<br>NEW YORK, NY 10016<br>ATTN: MICHAEL LEE<br>PHONE: 646-388-9763<br>FAX: 212 779 9721 | | Trade | $ 253,681 |
| 39 | TORTI GALLAS AND PARTNERS, INC. | 1300 SPRING STREET, SUITE 400<br>SILVER SPRING, MD 20910<br>ATTN: JOHN TORTI<br>PHONE: 301-588-4800<br>FAX: 301-650-2255 | | Trade | $ 245,304 |
| 40 | WEIS BUILDERS, INC. | 7645 LYNDALE AVE SOUTH<br>MINNEAPOLIS, MN 55423<br>ATTN: GREGG JOHNSON, DIR. OF CONSTRUCTION<br>PHONE: 612-243-4635<br>FAX: 612-243-5010<br>EMAIL: GREGGJOHNSON@WEISBUILDERS.COM | | Trade | $ 239,579 |
| 41 | OTIS & AHEARN, INC | 200 NEWBURY STREET<br>BOSTON, MA 2116<br>ATTN: KEVIN AHEARN<br>PHONE: (617) 267-3500<br>FAX: (617) 267-6026 | | Trade | $ 229,325 |
| 42 | CALLISON ARCHITECTURE, INC. | 1420 5TH AVE., STE. 2400<br>SEATTLE, WA 98101<br>ATTN: WILLIAM KARST<br>PHONE: 206-623-4646<br>FAX: 206-623-4625 | | Trade | $ 204,668 |
| 43 | RACK ROOM SHOES | 8310 TECHNOLOGY DRIVE<br>LEASE ADMIN<br>CHARLOTTE, NC 28262<br>ATTN: RICK BROWN<br>PHONE: 704-547-9200<br>FAX: 704-547-8159 | | Trade | $ 200,000 |
| 44 | NOI STRATEGIES | 1200 HARGER ROAD, SUITE 408<br>OAK BROOK, IL 60523<br>ATTN: TAMA HUANG<br>PHONE 630.515.1115<br>FAX 630.515.1118<br>EMAIL: INFO@NOISTRATEGIES.COM | | Trade | $ 199,471 |
| 45 | DUANY PLATER-ZYBERK & COMPANY | 1023 SW 25TH AVENUE<br>MIAMI, FL 33135<br>ATTN: ANDRES DUANY<br>PHONE: (305) 644-1023<br>FAX: (305) 644-1021 | | Trade | $ 199,097 |
| 46 | BLOOM | 465 E 32ND STREEET<br>LOS ANGELES, CA 90011<br>PHONE: (323) 234-9294<br>FAX: (323) 234-9705<br>INFO@BLOOMAMERICA.COM | | Trade | $ 197,700 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 47 | JOHNSON CONTROLS INC. | 5757 N. GREEN BAY AVE. MILWAUKEE, WI 53209 ATTN: STEPHEN ROELL, CEO PHONE: 414-524-1200 FAX: 414-524-2077 | | Trade | $ 182,188 |
| 48 | CHRISTOPHER & BANKS, INC | 2400 XENIUM LANE NO. PLYMOUTH, MN 55441 ATTN: DONNA FAUCHALD PHONE: 763-551-5110 FAX: 763-551-5169 | | Trade | $ 181,710 |
| 49 | SOUTHERN NEVADA PAVING, INC. | 3920 W HACIENDA AVE LAS VEGAS, NV 89118 ATTN: PAT WORD PHONE: 702-876-5226 FAX: 702-876-6808 | | Trade | $ 178,296 |
| 50 | TURNER CONSTRUCTION COMPANY | 3865 WILSON BOULEVARD, SUITE 300 ARLINGTON, VA 22230 ATTN: JEFF BURNHAM, BUSINESS DEVELOPMENT MANAGER PHONE: 703-841-5252 FAX: 703-841-5228 | | Trade | $ 177,752 |
| 51 | BALTIMORE RAVENS, L P | 1101 RUSSELL ST BALTIMORE, MD 21230 ATTN: KEVIN BYRNE PHONE: 410-547-8100 FAX: 410-654-6239 | | Trade | $ 173,891 |
| 52 | CONSTRUCTIONSOUTH, INC | 721 PAPWORTH AVE, STE 102 METAIRIE, LA 70055 ATTN: CONRAD APPEL III PHONE: (504) 834-2900 FAX: EMAIL : CAPPEL@CONSTRUCTIONSOUTH.NET | | Trade | $ 172,290 |
| 53 | PERKOWITZ + RUTH ARCHITECTS, INC. | 600 ANTON BLVD, 16TH FLOOR COSTA MESA, CA 92626 ATTN: TODD STOUTENBOROUGH, PRINCIPAL PHONE: 714-850-3400 FAX: 714-850-3499 TSTOUTENBOROUGH@PRARCHITECTS.COM | | Trade | $ 163,104 |
| 54 | SCOTTSDALE JEAN COMPANY | 14747 N NORTHSIGHT BLVD SUITE 106 SCOTTSDALE, AZ 85260 ATTN: PRESIDENT PHONE: (480) 905-9300 FAX: | | Trade | $ 162,344 |
| 55 | ABMB ENGINEERS, INC. | 500 MAIN STREET BATON ROUGE, LA 70801 ATTN: STEVE BOUDREAUX, PRINCIPAL PHONE: 2285-765-7400 FAX: 225-765-7244 SBOUDREAUX@ABMB.COM | | Trade | $ 161,880 |
| 56 | ROBERTSON WOOD ADVERTISING | 6061 S FORT APACHE ROAD #100 LAS VEGAS, NV 89148 ATTN: MICHELLE LEDFORD PHONE: 702-947-7777 FAX: 702-933-1260 | | Trade | $ 159,080 |
| 57 | CLUBCORP USA INC | 3030 LBJ FREEWAY, STE 600 DALLAS, TX 75234 ATTN: ERIC L. AFFELDT PHONE: 972-243-6191 FAX: 972-888-7558 | | Trade | $ 157,707 |
| 58 | SCHLACK, ITO & LOCKWOOD PIPER & ELKIND | TOPA FINANCIAL CENTER 745 FORT STREET, SUITE 1500 HONOLULU, HI 96813 ATTN: CARL J. SCHLACK, JR. PHONE: 808.523.6040 FAX: 808.523.6030 | | Trade | $ 155,977 |
| 59 | ENGINEERS SURVEYORS HAWAII, INC. | 900 HALEKAUWILA STREET HONOLULU, HI 96814 ATTN: KENDALL HEE (OWNER, PRINCIPAL) PH: 808.591.8116 EXT 216 FX: 808.593.8101 KENDALL@ESH-INC.COM | | Trade | $ 155,643 |
| 60 | PANACEA SERVICES LLP | 2805 SYNERGY NORTH LAS VEGAS, NV 89030 ATTN: NICK KANAGIN, MANAGING PARTNER PHONE: 702-655-2915 FAX: 702-655-5325 | | Trade | $ 155,609 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | | Amount of Claim |
|---|---|---|---|---|---|---|
| 61 | AMBIUS INC. (19) | 485 E HALF DAY RD STE 450<br>BUFFALO GROVE, IL 60089<br>ATTN: JEFFREY MARIOLA<br>PHONE: (847) 634-4250<br>FAX: (847) 634-6820 | | Trade | $ | 152,084 |
| 62 | AMPCO SYSTEM PARKING | 801 SOUTH GRAND AVENUE, SUITE 775<br>LOS ANGELES, CA 90017<br>ATTN: RICH KINDORF<br>PHONE: (213) 624-6065<br>FAX: (213) 689-7992 | | Trade | $ | 151,543 |
| 63 | DEB | 9401 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114<br>ATTN: WARREN WEINER, EXECUTIVE VP<br>PHONE: 215-676-6000<br>FAX: 215-698-7151 | | Trade | $ | 150,000 |
| 64 | RED ROBIN GOURMET BURGERS | 6312 S. FIDDLER'S GREEN CIR., STE. 200N<br>GREENWOOD VILLAGE, CO 80111<br>ATTN: DENNIS MULLEN<br>PHONE: 303-846-6000<br>FAX: 303-846-6048 | | Trade | $ | 150,000 |
| 65 | MCCORMICK & SCHMICK'S RESTAURANT GRP-ACH | 720 SW WASHINGTON SUITE 550<br>PORTLAND, OR 97205-3507<br>ATTN: EMANUEL HILARIO<br>PHONE: 503-226-3440<br>FAX: 503-228-5074 | | Trade | $ | 148,000 |
| 66 | HAWAII CARE & CLEANING, INC. | 4374 KUKUI GROVE ST., SUITE 101<br>LIHUE, HI 96766<br>ATTN: WILLIAM ALLEN<br>PHONE: 808-245-6514<br>FAX: 808-246-2474 | | Trade | $ | 146,057 |
| 67 | JUICY COUTURE | 12723 WENTWORTH ST.<br>ARLETA, CA 91331<br>ATTN: EDGAR HUBER<br>PHONE: 818-767-0849<br>FAX: 818-767-1587 | | Trade | $ | 143,703 |
| 68 | ANDREWS INTERNATIONAL SECURITY | 27959 SMYTH DRIVE<br>VALENCIA, CA 91355<br>ATTN: RANDY ANDREWS, CEO<br>PHONE: (661) 775-8400<br>FAX: (661) 775-8794 | | Trade | $ | 139,327 |
| 69 | ANBE ARUGA & ISHIZU ARCHITECTS | 1441 KAPIOLANI BOULEVARD SUITE 206<br>HONOLULU, HI 96814<br>ATTN: MITSUGI ARUGA<br>PHONE: (808) 949-1025<br>FAX: (808) 949-1027 | | Trade | $ | 134,416 |
| 70 | WATANABE ING LLP | 999 BISHOP ST  23RD FL<br>HONOLULU, HI 96813-4428<br>ATTN: JEFFREY WATANABE<br>PHONE: (808)544-8300<br>FAX: (808)544-8399 | | Trade | $ | 129,316 |
| 71 | SCHNACKEL ENGINEERS, INC. | 3035 SOUTH 72ND STREET<br>OMAHA, NE 68124<br>ATTN: GREG SCHNACKEL, PRESIDENT<br>PHONE: 402-391-7680<br>FAX:  800-930-9526<br>EMAIL: GSCHNACKEL@SCHNACKEL.COM | | Trade | $ | 127,934 |
| 72 | PROFESSIONAL SERVICE INDUSTRIES, INC | 1901 S. MEYERS RD., STE. 400<br>OAKBROOK TERRACE, IL 60181<br>ATTN: MURRAY SAVAGE<br>PHONE: 630-691-1490<br>FAX: 630-691-1587 | | Trade | $ | 123,476 |
| 73 | MCLAUGHLIN ERECTORS, INC. | 3502 COLUMBIA MEMORIAL PKWY<br>KEMAH, TX 77565<br>ATTN: PRESIDENT<br>PHONE: (281) 538-2600<br>FAX: (281) 338-4509 | | Trade | $ | 116,941 |
| 74 | COFFEE POD & SIMPLE FOODS | 426 W 1230 N<br>PROVO, UT 84604<br>ATTN: MARNIE ROBERT<br>PHONE: (801) 341-0022<br>FAX: N/A<br>EMAIL: THECOFFEEPOD@AOL.COM | | Trade | $ | 115,000 |
| 75 | LAND DESIGN | 223 N. GRAHAM ST.<br>CHARLOTTE, NC 28202<br>ATTN: EDWARD M. SCHWEITZER<br>PHONE: 704-333-0325<br>FAX: 704-332-3246 | | Trade | $ | 112,551 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 76 | OAHU WASTE SERVICES, INC. | 1169 MIKOLE ST<br>HONOLULU, HI 96819-4327<br>ATTN: CLYDE KANESHIRO<br>PHONE: 808-845-7581<br>FAX: 808-792-0199 | | Trade | $ 112,033 |
| 77 | STANDARD PARKING | 900 NORTH MICHIGAN, SUITE 1600<br>CHICAGO, IL 60611<br>ATTN: JAMES A. WILHELM, PRESIDENT<br>PHONE: 1-312-274-2110<br>FAX: 1-312-640-6164 | | Trade | $ 110,162 |
| 78 | HOLMESTEAD PROPERTIES | 52A HAYDEN ROWE STREET<br>HOPKINTON, MA 1748<br>ATTN: DAVID HOLMES<br>PHONE: 508-435-4411<br>FAX: (508) 435-4433 | | Trade | $ 108,058 |
| 79 | LEDCOR INDUSTRIES INC | 1000-1066 WEST HASTINGS ST.<br>VANCOUVER, BC VGE 3X1<br>ATTN: JOHN HELLIWELL - COO<br>PHONE: (858) 527-6450<br>CELL: (630) 417-8889<br>FAX: (858) 566-1003<br>EMAIL: JOHN.HELLIWELL@LEDCOR.COM | | Trade | $ 107,706 |
| 80 | IEM, INC (INTERNAT'L ENVIRONMENTAL MGMT) | 11660 ALPHARETTA HWY # 245<br>ROSWELL, GA 30076-4943<br>ATTN: ANDREW GOLDSTRUM<br>PHONE: (770) 667-7270<br>FAX: (770) 667-7275 | | Trade | $ 105,241 |
| 81 | CORPORATE REALTY LEASING CO. | C/O CORPORATE REALTY, INC.<br>201 ST. CHARLES AVENUE, SUITE 4411<br>NEW ORLEANS, LA 70170<br>ATTN: RUSSELL PALMER, PRESIDENT<br>PHONE: 504-581-5005<br>FAX: 504-585-2605 | | Trade | $ 105,000 |
| 82 | PUMPKIN PATCH | 951 MARINERS ISLAND BLVD, SUITE 650<br>SAN MATEO, CA 94404<br>ATTN: MAURICE PRENDERGAST, CEO<br>PHONE: 800-898-0344<br>FAX: 800-898-9198<br><br>C/O DISTRIBUTION RESOURCES INC.<br>23001 54TH AVE SOUTH<br>KENT, WA 98032<br>ATTN: MAURICE PRENDERGAST, CEO<br>PHONE: 800-898-0344<br>FAX: 800-8 | | Trade | $ 104,025 |
| 83 | GLOBAL STRATEGY GROUP | 895 BROADWAY, 5TH FLOOR<br>NEW YORK, NY 10003<br>ATTN: JONATHAN SILVAN, CEO<br>PHONE: 212-26-.8813<br>FAX: 212-260-9058 | | Trade | $ 103,402 |
| 84 | BROWN, WINFIELD & CANZONERI, INC. | 300 S. GRAND AVENUE, SUITE 1500<br>LOS ANGELES, CA 90071-3125<br>ATTN: STEVEN ABRAM<br>PHONE: 213-687-2100<br>FAX: 213-687-2149 | | Trade | $ 102,230 |
| 85 | TRADE SECRET | 7201 METRO BOULEVARD<br>MINNEAPOLIS, MN 55439<br>ATTN: LEASE PAYABLES DEPARTMENT<br>PHONE: (952) 947-7777<br>FAX: (952) 947-7800 | | Trade | $ 100,550 |
| 86 | SPENCER'S | 6826 BLACK HORSE PIKE -SUITE 205<br>ATTN: KEN GARAGIOLA<br>EGG HARBOR TOWNSHIP, NJ 08234-4197<br>PHONE: 609-645-5303<br>FAX: 609-645-5448 | | Trade | $ 100,250 |
| 87 | THINGS REMEMBERED | 5550 AVION PARK DRIVE<br>ATTN: MICHAEL ANTHONY, CEO<br>HIGHLAND HEIGHTS, OH 44143<br>PHONE: 440-473-2000<br>FAX: 440-473-2018 | | Trade | $ 100,000 |
| 88 | LVI ENVIRONMENTAL OF NEVADA, INC. | 4795 QUALITY COURT<br>LAS VEGAS, NV 89103<br>ATTN: JOE CATANIA<br>PHONE: (702) 220-4848<br>FAX: (702) 220-4850 | | Trade | $ 99,533 |

Consolidated List of Creditors Holding 100 Largest Unsecured Claims

| Rank | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Contingent, unliquidated, disputed or subject to set off | Nature of Claim (trade debt, bank loan, government contract, etc.) | Amount of Claim |
|---|---|---|---|---|---|
| 89 | MALL TENANT INTERIORS, INC. | 301 WEST CASTLEWOOD FRIENDSWOOD, TX 77546 ATTN: CHARLIE RUSSO PHONE: (281) 992-3331 FAX: NA | | Trade | $ 98,927 |
| 90 | MODULAR SPACE CORPORATION | 1200 SWEDESFORD RD BERWYN, PA 19312-1078 ATTN: CHARLES PAQUIN PHONE: 610-232-1200 FAX: 703-661-6196 | | Trade | $ 98,107 |
| 91 | HTI CONTRACTORS | 4539 SYKESVILLE RD FINKSBURG, MD 21048 ATTN: PRESIDENT PHONE: (410) 781-0155 FAX: (410) 781-0331 | | Trade | $ 97,593 |
| 92 | AUTOMOTIVE RENTALS, INC. | 9000 MIDLANTIC DR MT. LAUREL, NJ 08054-1539 ATTN: BILL MCKEE PHONE: 856-778-1500 FAX: 856-231-9106 | | Trade | $ 96,669 |
| 93 | BOARD OF WATER SUPPLY | 630 S. BERETANIA STREET HONOLULU, HI 96843-0001 ATTN: CLIFFORD LUM PHONE: (808) 748-5078 FAX: (808) 748-5082 | | Trade | $ 96,427 |
| 94 | COMPASS LEXECON | 500 E Pratt St Ste 1400 BALTIMORE, MD 21202-3166 ATTN: ERIC MILLER PHONE: 410-951-4800 FAX: 410-951-4895 | | Trade | $ 95,933 |
| 95 | HR& A ADVISORS, INC. | 99 HUDSON STREET, 3RD FLOOR NEW YORK, NY 10013 ATTN: JOHN H. ALSCHULER, JR.., CHAIRMAN PHONE: 212.977.5597 FAX: 212.977.6202 | | Trade | $ 93,909 |
| 96 | EQUITY MARKETING SERVICES INC. | 303 WEST MADISON STREET, SUITE 1000 CHICAGO, IL 60606 ATTN: PRESIDENT PHONE: 312-252-4300 FAX: 312-252-4301 | | Trade | $ 93,211 |
| 97 | K & A CONTRACTING, INC. | 85 GINA COURT SYKESVILLE, MD 21784 ATTN: ROBERT BRADLEY, PRESIDENT PHONE: 410-781-0017 FAX: 410-552-1656 | | Trade | $ 92,143 |
| 98 | BETSEY JOHNSON (B.J. VINES INC) | 498 SEVENTH AVENUE 21ST FLOOR NEW YORK, NY 10018 ATTN: CHANTAL BACON PHONE: 212-244-0843 FAX: 212-244-0855 | | Trade | $ 91,885 |
| 99 | CARROLL ASSOCIATES ARCHITECTS, LTD. | 24 S. BOTHWELL ST. PALATINE, IL 60067 ATTN: JACK GATTO PHONE: 847-359-6810 FAX: 847-359-6870 | | Trade | $ 91,373 |
| 100 | CHILLCO, INC | 22225 LITTLE CREEK RD MANDEVILLE, LA 70471 ATTN: JOHN BEVINGTON PHONE: (985) 809-0888 FAX: (985) 809-0331 | | Trade | $ 91,297 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                            :

In re                                    :       Chapter 11 Case No.
                                            :

**OGLETHORPE MALL L.L.C.,**        :       09 - _____ (   )
                                            :

              **Debtors.**             :       **(Joint Administration Requested)**
-----------------------------------------------------------x

### STATEMENT CONCERNING CONSOLIDATED LIST OF CREDITORS[1]

          Contemporaneously herewith, the Debtor and its affiliated debtors (the "**Debtors**") have filed a Motion for an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, (II) Waiving the Requirement to Debtors File a List of Creditors, (III) Waiving the Requirement that Debtors Serve Notice of Commencement on Equity Security Holders, and (IV) Approving the Form and Manner of the Commencement Notice (the "**Motion**"). Pursuant to the Motion, the Debtors propose to furnish their lists of creditors to the proposed claims and noticing agent. In addition, pursuant to General Orders M-133, M-137, M-138 and M-192, as incorporated by Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, the Debtors have consulted with and received the approval of the Clerk of this Court to forego the requirement that the Debtors file a list of creditors and to instead provide the list of creditors to the notice and claims processing agent.

          The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases. The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

Dated: April 16, 2009                 Oglethorpe Mall L.L.C.

                                   By: /s/ Linda J. Wight _____
                                       Linda J. Wight, Vice President

---

[1]     The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                  :

**In re**                             :       **Chapter 11 Case No.**
                  :

**OGLETHORPE MALL L.L.C.,**     :       **09 - _____ ( )**
                  :

        **Debtors.**          :       **(Joint Administration Requested)**
-------------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)
### AND RULE 1007-3 OF LOCAL RULE OF BANKRUPTCY PROCEDURE

       Attached is an organizational chart reflecting the Debtor's direct and indirect

wholly owned subsidiaries and interests in general and limited partnerships and joint ventures.

The attached chart contains all Debtor and non-Debtor subsidiaries and affiliates incorporated or

otherwise domiciled in the United States.  The Debtor's business address, as well as all of the

direct and indirect wholly owned subsidiaries and certain of the joint ventures, is 110 N. Wacker

Drive, Chicago, IL 60606.


### DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

       I, the undersigned authorized officer of the Debtor named in this case declare

under penalty of perjury that I have reviewed this Corporate Ownership Statement and that it is

true and correct to the best of my information and belief.

Dated:  April 16, 2009              Oglethorpe Mall L.L.C.

                          By: /s/ Linda J. Wight
                              Linda J. Wight, Vice President

# Chart A

*Entities with bold borders are Debtors

## GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP 125, LLC

Champaign Market Place L.L.C. — B-PLD

Colony Square Mall L.L.C. — B-2008 Credit Facility (s)  — 100%

Columbia Mall L.L.C. — B-PLD — 100%

GGP Development, LLC — 100%

Fallbrook Square Partners L.L.C. — 100%

Fox River Shopping Center, LLC — B-PLD — 100%

Rio West L.L.C. — 100%

Vista Ridge Mall, LLC — B-PLD — 100%

Town East Mall, LLC — B-PLD — 100%

River Hills Mall, LLC — B-PLD — 100%

River Hills Land, LLC — 100%

Sooner Fashion Mall L.L.C. — B-PLD — 100%

Southlake Mall L.L.C. — B-PLD — 100%

GGP-Four Seasons L.L.C. — B-PLD — 100%

Westwood Mall LLC — B – 2008 Credit Facility (s) — 100%

GGP 168th Street L.L.C. — 100%

St. Cloud Land L.L.C. — 100%

St. Cloud Mall Holding L.L.C. — 100%

St. Cloud Mall L.L.C. — B-PLD — 100%

Fallbrook Square Partners Limited Partnership — B-PLD — 99.999% LP / 0.001% GP

GGP Tucson Mall L.L.C. — B-PLD — 100%

Tucson Anchor Acquisition, LLC — 100%

GGP-Tucson Land L.L.C. — 100%

Allen Towne Mall, LLC — 100%

GGP-Foothills L.L.C. — B – 2008 Credit Facility (s) — 100%

Century Chicago, LLC — B-PLD — 100%

Lincolnshire Commons, LLC — B-PLD — 100%

GGP Echelon Place, LLC — 100%

Allen Timbers Shops II, LLC — 100%

Allen Timbers Shops, LLC — B – 2008 Credit Facility (s) — 100%

Phase II Mall Subsidiary, LLC — B-PLD — 100%

Lakeland Square Mall, LLC — B-PLD — 100%

Gateway Overlook Business Trust — 100%

Parke West, LLC — 100%

Boise Town Square Anchor Acquisition, LLC — 100%

GGP Jordan Creek L.L.C. — B-PLD — 100%

GGP Village at Jordan Creek L.L.C. — 100%

Natick Retail, LLC — 100%

Coral Ridge Mall, LLC — B-PLD — 100%

GGP International, LLC — 100%

GGP Turkey Investco, LLC — 100%

GGP Ventures Brazil Holding L.L.C. — 100%

GGP Ventures Brazil L.L.C. — 100%

GGP Brazil II L.L.C. — 100%

GGP Ventures Costa Rica, LLC — 100%

Genesis Development Company — 50%

GGP Genesis Costa Rica, LLC — 50%

GGP Macon, L.L.C. — 100%

Wilson Macon — 50%

Shoppes at River Crossing, LLC — 50%

Newgate Mall Land Acquisition, LLC — 100%

GGP-Newgate Mall, LLC — B-PLD — 100%

West Oaks Mall Trust — 100%

West Oaks Mall, LLC — B-PLD — 100%

West Oaks Anchor Acquisition, LLC — 100%

Gateway Overlook Borrower, LLC — B-PLD — 100%

Hoover JV Holdco, LLC — 100%

Wilson Galleria, LLC — 50%

Hoover Mall Holding, L.L.C. — 50%

Riverchase Anchor Acquisition, LLC — 100%

Hoover Mall Limited, LLC — 100%

GGP-Rogers Retail L.L.C. — 100%

Rogers Retail L.L.C. — 50%

Hunt Schwyhart Graham VI, LLC — 50%

Pinnacle Hills, LLC — 100%

Pinnacle South, LLC — 100%

2

Chart B

*Entities with bold borders are Debtors

General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP Limited Partnership
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

# Chart C

*Entities with bold borders are Debtors



# Chart D

*Entities with bold borders are Debtors

# Chart E

*Entities with bold borders are Debtors

## GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (u)

New York State Common Retirement Fund

114 Preferred Stockholders

GGP/Homart. Inc.

GGP/Homart II L.L.C.

50%

50%

50%

50%

50%

.001%

.00%

100%

100%

100%

100%

99.999%

99.5%

99.5%

99.5%

99.5%

99.5%

99.5%

.5%

.5%

.5%

.5%

.5%

.5%

20%

80%

Aldenwood Mall Holding L.L.C.

Aldenwood Mall L.L.C.

Montdale Plaza L.L.C.

GGP-Northbrook, Inc.

Northbrook Court L.L.C.

Northbrook Court II L.L.C.

Northbrook Court I L.L.C.

Westcoast Estates

GGP-Carolina Place, Inc.

Carolina Place L.L.C.

B-PLD

GGP-Bushland Pine, Inc.

Pingwood Bushland Pine, L.L.C.

# Chart F

*Entities with bold borders are Debtors



**GGP Limited Partnership**

B+G – 2008 Credit Facility (u)
G – 2008 Credit Facility (v)

New York State Common Retirement Fund — 50%

**GGP/Homart II L.L.C.** — 50%

- CPM Land L.L.C. — 100%
- First Colony Mall, LLC — 100%
- Altamonte Mall L.L.C. — 100%
- GGP Contractor, Inc. (TRS) — 100%

- GGP-Otay Ranch L.L.C. — 100%
  - GGP-Otay Ranch, L.P. — .5% GP / 99.5% LP

- Glendale Anchor Acquisition, LLC — 100%
- Willowbrook Mall Anchor Acquisition (TX) LLC — 100%
- Willowbrook Mall (TX) LLC — 100%
- Stonebriar Mall, L.L.C. — 100%

117 Preferred Stockholders
GGP-Natick Trust — 100% common shares

- Glendale Holding, Inc. — 100%
  - GGP-Glendale, Inc. — 100%
    - Glendale Holding L.L.C. — 100% / 99.5%
      - Glendale I Mall Associates, LLC — 5%
        - Glendale Chriholt's Association, LLC — 100%
        - Glendale II Mall Associates, LLC — 100%

- GGP-Natick Services, Inc. (TRS) — 100%
  - Natick Mall, LLC — 100%

- GGP-Natick West L.L.C. — 100%

SEE CHART E FOR SHARED ENTITIES*

*NOTE:* * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

7

# Chart G

*Entities with bold borders are Debtors

# Chart H

*Entities with bold borders are Debtors

# Chart I

*Entities with bold borders are Debtors

General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)
GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)
GGP-Mall of Louisiana, Inc
Mall of Louisiana Land Holding, LLC
GGP-Mall of Louisiana II, LP
Mall of Louisiana Holding, Inc.
Mall of Louisiana Land, LP B Goldman Loan (s)
GGP-Mall of Louisiana L.P. B-PLD
Bay Shore Mall, Inc.
Bay Shore Mall II L.L.C.
Bay Shore Mall Partners B-PLD
Bellis Fair Partners B-PLD
GGP Gateway Mall, Inc.
GGP-Gateway Mall L.L.C. B-PLD
Grand Traverse Mall Holding, Inc.
Grand Traverse Mall Partners, LP B-PLD
Pines Mall Partners
Eagle Ridge Mall, Inc.
Eagle Ridge Mall, L.P. B-PLD
Eden Prairie Mall, Inc.
Eden Prairie Mall L.L.C. B-PLD
Tracy Mall, Inc.
Tracy Mall Partners II, L.P.
Tracy Mall Partners I, L.L.C.
Tracy Mall Partners, L.P. B-PLD
Century Plaza, Inc.
Century Plaza L.L.C.
Knollwood Mall, Inc.
GGP Knollwood Mall L.P. B-PLD
GGP-South Shore Partners, Inc.
South Shore Partners, L.P.
GGP-Lakeview Square, Inc.
Lakeview Square Limited Partnership B-PLD
GGP-Lansing Mall, Inc.
Lansing Mall Limited Partnership B-PLD
GGP-Grandville II L.L.C. B-PLD
Grandville Mall II, Inc.
Grandville Mall, Inc.
GGP-Grandville L.L.C. B-PLD
GGP-Grandville Land L.L.C.
Valley Hills Mall, Inc.
Valley Hills Mall L.L.C. B-PLD
Park Mall, Inc.
Park Mall L.L.C. B-PLD
Kalamazoo Mall, Inc.
Kalamazoo Mall L.L.C. B-PLD
Elk Grove Towne Center L.L.C.
Elk Grove Town Center, L.P.
Lockport L.L.C.
Capital Mall, Inc.
Capital Mall L.L.C. B-PLD



Chart J-1

¹Entities with bold borders are Debtors

# Chart J-2

*Entities with bold borders are Debtors





Chart K

*Entities with bold borders are Debtors

# Chart L-1

*Entities with bold borders are Debtors

# Chart L-2

*Entities with bold borders are Debtors

# Chart M

*Entities with bold borders are Debtors



16

1 GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1

*Entities with bold borders are Debtors



Rouse LLC
G – 2006 Credit Facility (v)

1% GP

TRC Co-Issuer, Inc.
B – Rouse Notes (u)

100%

GGP Limited Partnership
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (v)

99% LP

The Rouse Company LP
B – Rouse Notes (u)

United Health
93.2%

Summerlin Hospital Medical Center, L.P.
6.8%

The Howard Hughes Corporation (TRS)
100%

Rouse-Fairwood Development Corporation (TRS 3) (MD)
100%

The Rouse Company BT, LLC
100%

99.000001% LP

0.99999% GP

The Hughes Corporation (TRS 2)
100%

Princeton Land East, LLC
100%

Summerlin Corporation (TRS)
100%

The Rouse Company Operating Partnership LP

1460 Caesler Crossing Drive LLC
B-Goldman Loan (t)
100%

1460 Cesler Crossing Drive, LLC
B-Goldman Loan (s)
100%

1% GP

Harbor Place Associates Limited Partnership
99% LP

Harborplace Borrower, LLC
B-P-LLC
100%

The Rouse Company of Louisiana, LLC
100%

Goldenrod-NR Holdings, LLC
1% GP

New Orleans Riverwalk Limited Partnership
50%

New Orleans Riverwalk Associates
50%

Hunt Bldg Inc (TRS)
8% GP
91% LP

100%

Pioneer Place Limited Partnership
B – 2008 Credit Facility (v)
98.999905% LP

0.000095% LP

Rouse-Portland, LLC
1% GP
100%

Pioneer Office Limited Partnership
B – 2006 Credit Facility (v)
1% GP
98.999905% LP

0.000095% LP

Rouse-Whincoop, LLC
100%

Rouse-Abbey LLC
100%

Westfield
27.285%

Simon
29.429%

43.264%

Abbey Acquisition, LLC

# Chart N-2

*Entities with bold borders are Debtors

18

The Hughes Corporation (TRS 2)

The Howard Hughes Corporation (TRS)

100%

100%
1HC-HRE, LLC

10%

56.7059%

Hex Holding, LLC

43.2941%

119 Preferred Stockholders

100% Common Stock

Hexalon Real Estate, Inc. (REIT)

Rouse-Fairwood Development Corporation (TRS 5)
See Chart L-2

100%

See Chart Q for other subsidiaries

100%   100%   100%   100%   100%   100%

10000 Covington Cross, LLC
B-Goldman Loan (s)

10190 Covington Cross, LLC
B-Goldman Loan (s)

11120/1140 Town Center Drive, LLC

1201/1281 Town Center Drive, LLC
B-Goldman Loan (s)

1251 Center Crossing, LLC

1645 Village Center Circle, LLC

11800/1180 Town Center Drive, LLC

1551 Hillshire Drive, LLC
B-Goldman Loan (s)

1635 Village Centre Circle, LLC
B-Goldman Loan (s)

JMB
47% LP   53% GP
Maguire Partners-Playa Vista

53% GP   47% LP
Maguire Partners-Playa Vista Area C

Jim Christensen
50%   50%
Trails Village Center Co.

50%   50%
Lake Meade & Buffalo Partnership

HHPLR-NV HldGP1, LLC
100%

HHPLR-NV HldGP1, LLC

Summerlin Corporation (TRS)

100%

5.577% GP

1% GP

Howard Hughes Properties, Limited Partnership

94.423% LP

The Rouse Company Operating Partnership LP

HHP Government Services, Limited Partnership

90% LP

HRD Realestate, Inc.

0.07%

69.75%
Rouse F-S, LLC

Fashion Show Mall, LLC
100%
B-PLD

30.18%

Summerlin Centre, LLC
100%

Rouse SI Shopping Center, LLC
100%

9050-9080 Covington Cross, LLC
B-Goldman Loan (s)
100%

9001-9021 Covington Cross, LLC
100%



# Chart P-1

*Entities with bold borders are Debtors



## Chart P-2

*Entities with bold borders are Debtors

# Chart P-3

*Entities with bold borders are Debtors



# Chart P-4

*Entities with bold borders are Debtors



¹ GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart P-5

*Entities with bold borders are Debtors

23

The Rouse Company Operating Partnership LP

- Willowbrook II, LLC — 100%
- Weeping Willow RNA, LLC — 22.50%
- Willow SPE, LLC — 1%
- TRC Willow, LLC — 36.60%
- Willowbrook Mall, LLC — B-PLD
- Franklin Park Mall, LLC — 1.16%, 13.71%
- Three Willow Company, LLC — 100%, 27.93%
- Franklin Park Mall Company LLC — 100%, 56.64%
- The Rouse Company of Ohio LLC — 100%
- Beachwood Place, LLC — 100%
- Salem Mall, LLC — 100%
- Rouse-Westlake Limited Partnership II — 48.5% LP, 49.5% LP
- The Rouse Company of Washington, LLC — 100%
- Rouse-Seattle, LLC — 100%, 1% GP
- Westlake Center Associates LP — 24% LP, 1% LP
- Outside Third Parties
- Rouse-Westlake Limited Partnership — 1% GP, 75% GP & LP
- Two Willow Company, LLC — 100%, 32% LP, 1% LP
- One Willow Company, LLC — 100%, 65% LP
- NSMJV, LLC — 98.88%, 1.12%, 100%
- North Star Mall, LLC — B-PLD
- Rouse-Phoenix Development Company, LLC — 100%, 1% GP
- Rouse-Phoenix Master Limited Partnership — 99% LP
- Rouse-Arizona Center, LLC — 100%, 1% GP
- Rouse-Arizona Retail Center Limited Partnership — 99% LP, B-PLD
- HRD Remainder, Inc. (See structure under GGP Holding, Inc.) — 100%
- Hickory Ridge Village Center, Inc. (GRS) — 100%
- Lakeside Mall Holding, LLC — 3.24%, 7.83%, 82.24%
- Lakeside Mall Property, Inc. — 100%, B-PLD
- Columbia Mall, Inc. (See structure under HRD Remainder, Inc.) — 6.9%
- Baltimore Center, LLC — 100%, B-PLD
- CapStar — >1%
- Baltimore Center Garage Limited Partnership — 74.5% LP, 25% GP
- Cross Keys Village Square Condominium, Inc. — 67%
- The Village of Cross Keys, LLC — 100%, 0.5% LP, 25% LP
- Baltimore Center Associates Limited Partnership — 2% GP, 25% LP, B-PLD
- VCK Business Trust — 100%, B-PLD
- Northwest JV Holdco, LLC — 100%
- Catalina, LP — 1%
- Northwest Associates — 99%, 17.66%, 82.24%
- Mondawmin Business Trust — B-2008 Credit Facility (b)
- Mondawmin Borrower, LLC — 100%, B-2008 Credit Facility (b)

# Chart P-6

*Entities with bold borders are Debtors

# Chart Q

*Entities with bold borders are Debtors

## GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

## Hexalon Real Estate, Inc.
(REIT)

## General Growth Management, Inc.
(TRS)

99.80%

0.20%

Heitorplace, Inc. — 100%

MallFinder Network LLC — 2.38%

GGP Natick Residence LLC — 100%

Rouse-West Diefe, Inc. — 100%

GGP Turkey Management, LLC — 100%

Hoover Mall Services, L.L.C. — 100%

Faneuil Hall Beverage, LLC — 100%

Valley Plaza Anchor Acquisition, LLC — 100%

The Learning Mall L.L.C. — 100%

Kapiolani Condominium Development, LLC — 100%

Perimeter Mall Facilities, LLC — 50%

Perimeter Center Miscellaneous LLC — 50%

NYSTERS — 35%

J.P. Morgan — 32.5%

32.5%

Four State Facility Corp (TRS)

25